## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT STERLING HARRINGTON<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civil Action No. 24-3450 (TJK) |

### **MEMORANDUM**

On February 10, 2025, the Court entered a minute order informing Plaintiff that the docket reflected no proof of service under Federal Rule of Civil Procedure 4.  The Court's order directed Plaintiff, by March 11, 2025, to either (1) cause process to be served on Defendant and file proof of service, or (2) move to enlarge the time to serve process and show good cause for failing to timely serve Defendant.  Further, the Court explained that Plaintiff had to comply with the Court's order "to avoid dismissal of this action."  The March 11 deadline has passed, and Plaintiff has still not filed proof of service or any motion.  Indeed, Plaintiff has filed nothing on the docket since this case was removed.  Thus, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice.  A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: March 18, 2025